JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVON WILLIS,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>KELLY HARRINGTON,<br>Warden,<br><br>　　　　Respondent. | Case No. CV 10-0789-DSF (DTB)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is dismissed with prejudice.

　　　3/5/12
Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　*Dale S. Fischer*
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1